UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN TANNER,<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | Case No. C22-1562 RSM<br><br>ORDER REASSIGNING CASE TO JUDGE PECHMAN |

Upon review of the file in this matter, the Court finds cause for re-assignment. This case shall now be re-assigned to the Honorable Marsha J. Pechman, United States District Judge. All future documents filed in this case must bear cause numbers ending in "MJP" and must bear the new Judge's name in the upper right-hand corner of the document. The name of the Judge to whom this case was originally assigned should not appear on any future documents filed with the court. Please make the necessary corrections to your records reflecting these changes.

DATED this 8th day of December, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1